IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNTIED STATES OF AMERICA,

v.  Case No. 4:17cr48-MW/MAF-2

TRAVIS L. GLASCO,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 371, and has also reviewed *de novo* Defendant's objections to the report and recommendation, ECF No. 380. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Defendant's objections, as this Court's opinion. The actual sentence imposed by a state court has no bearing on whether an underlying conviction qualifies under the Armed Career Criminal Act. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 334, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on April 14, 2020.**

                                                    s/ **MARK E. WALKER**
                                                    **Chief United States District Judge**